**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BY HOTEL SPE-3 LLC,[1] | ) | Case No. 26-10324 (JKS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 101, 180** |

**NOTICE OF FILING OF AMENDMENTS TO CERTAIN SCHEDULES OF ASSETS AND LIABILITIES FOR SB YEN'S MANAGEMENT INC. (CASE NO. 26-10332)**

**PLEASE TAKE NOTICE** that, on April 7, 2026, the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Schedules of Assets and Liabilities of SB Yen's Management Group, Inc (Case No. 26-10332)* [Docket No. 101] (the "**Schedules**") along with the *Global Notes to the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE FURTHER TAKE NOTICE** that, on May 8, 2026, the Debtors filed the *Amended Schedules of Assets and Liabilities of SB Yen's Management Group, Inc (Case No. 26-10332)* [Docket No. 180] (the "**Initial Schedules Amendments**") along with the Global Notes with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file certain additional amendments to Schedule D (Creditors Who Have Claims Secured by Property)

[1] The Debtors in these chapter 11 cases and the last four digits of their respective identification numbers are By Hotel SPE-3 LLC (3619); 1101 Wabash Development Mezz, LLC (9294); Wabash 11th Mezz LLC (4278); Pacific Tai Mezz LLC (3717); 1101 Wabash Development SPE LLC (9201); Wabash 11th LLC (3098); 1101 Wabash Development LLC (3365); Pacific Tai, LLC (9675); and SB Yen's Management Group, Inc. (1132). The location of the Debtors' corporate headquarters and the Debtors' service address is 806 N York Rd., Hinsdale, IL 60521.

("**Schedule D**") and the Summary of Assets and Liabilities for Non-Individuals (Official Form206Sum) (collectively, the "**Additional Schedules Amendments**") and such Additional Schedules Amendments are attached hereto as **Exhibit 1**. The Global Notes pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules, including the Initial Schedules Amendments and the Additional Schedules Amendments. The Global Notes should be referred to and considered in connection with any review of the Schedules, the Initial Schedules Amendments, and the Additional Schedules Amendments.

**PLEASE TAKE FURTHER NOTICE** that the Additional Schedules Amendments add a disputed claim for an unknown creditor located at P.O. Box 2576 Springfield, IL 62708 to Schedule D. In addition, the Summary of Assets and Liabilities for Non-Individuals (Official Form206Sum) has been amended to reflect the changes set forth in the Additional Schedules Amendments. The Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum) supersedes and replaces in all respects the Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum) filed on May 8, 2026. The Additional Schedules Amendments are incorporated into, and comprise an integral part of, the Schedules.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief* [Docket No. 213] (the "**Bar Date Order**"), if any claimant affected by the Additional Schedules Amendments disagrees with the nature, amount or

characterization of their claim(s), then the affected claimant must file a proof of claim with respect to such claim no later than **October 28, 2026 at 11:59 p.m. (prevailing Eastern Time)** (the "**Amended Schedules Bar Date**"). The Amended Schedules Bar Date only applies to a claimant whose claim is affected by the Additional Schedules Amendments. The inclusion of a creditor in the Additional Schedules Amendments is not intended to waive any right of the Debtors and shall not be construed as a waiver of any of the Debtors' rights, including without limitation, the Debtors' rights set forth in the Bar Date Order. Copies of the Schedules, the Initial Schedules Amendments, the Bar Date Order, and proof of claim form may be obtained free of charge by visiting the Debtors' claims and noticing agent at https://cases.stretto.com/wabash/.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their right to file further amendments to the Schedules, from time to time as may be necessary or appropriate.

[*Signature page follows*]

Dated: October 7, 2026
Wilmington, Delaware

*<u>/s/ Clint M. Carlisle</u>*
Russell C. Silberglied (No. 3462)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Clint M. Carlisle (No. 7313)
Kristin N. Cunningham (No. 7561)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: silberglied@rlf.com
steele@rlf.com
schlauch@rlf.com
carlisle@rlf.com
cunningham@rlf.com

*Counsel for the Debtors*
*and the Debtors in Possession*

# **Exhibit 1**

**Fill in this information to identify the case:**

**Debtor name: SB Yen's Management Group, Inc.**

**United States Bankruptcy Court for the: District of Delaware**

**Case number: 26-10332**

☑ **Check if this is an amended filing**

# Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $27,905,414.05 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $27,905,414.05 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) — $0.00

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $28,061,528.54 |

**4. Total Liabilities** — $28,061,528.54

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

**Debtor name: SB Yen's Management Group, Inc.**

**United States Bankruptcy Court for the: District of Delaware**

**Case number: 26-10332**

☑ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

### Part 1: List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Unknown, P.O. Box 2576, Springfield, IL 62708 | $0.00 | |

2.1

Unknown
P.O. Box 2576
Springfield, IL 62708

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

ADDED

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $0.00

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

| Fill in this information to identify the case: |
|---|
| Debtor name: SB Yen's Management Group, Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 26-10332 |

☑ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.**

**I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:**

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule* ________________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ________________

I declare under penalty of perjury that the foregoing is true and correct.

10/07/2026
Executed on

*/s/ Jeffrey T. Varsalone*
Signature of individual signing on behalf of debtor

Jeffrey T. Varsalone
Printed name

Chief Restructuring Officer
Position or relationship to debtor